Thn People of the State of New York ex rel. Sarah T. Cockcroft, as Executor of John V. Cockcroft, Deceased, Appellant, *v.* Rudolph P. Miller et al., Constituting the Board of Appeals of the Board of Standards and Appeals of the City of New York, Respondents.

*New York city — certiorari to review order of city authorities directing installation of sprinkler system in building.*

People ex rel. *Cockcroft* v. *Miller*, 193 App. Div. 942, affirmed.

(Argued January 13, 1921; decided February 1, 1921.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 15, 1920, which affirmed an order of Special Term dismissing a writ of certiorari to review a decision of the board of appeals of the board of standards and appeals of the city of New York which confirmed so much of an order of the fire commissioner of that city as directed the installation of a sprinkler system in a building owned by the relator.

*Harold R. Medina* and *W. H. L. Edwards* for appellant.

*John P. O'Brien*, Corporation Counsel (*John F. O'Brien, William A. Walling* and *Francis E. V. Dunn* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.